UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

In Re:

    James E. Blacknall,                                                Case No. 15-10773
    Barbara G. Blacknall,

    Debtors.                                                       Chapter 13

## MOTION TO EXTEND PLAN PAYMENTS

Comes now the Debtor Barbara G. Blacknall, by and through her attorney of record, and hereby respectfully moves this Honorable Court to allow the Debtor to extend her Chapter 13 plan payments ninety (90) days or such time as the Court would allow. The Debtor requests this action for completion of her Chapter 13 case and discharge of all listed debts.

WHEREFORE, Debtor prays for an Order extending the plan payments by ninety (90) days to complete her Chapter 13 case and discharge her debts.

Respectfully submitted this the 29th day of May, 2020.

                                                         /s/Louis W. Ringger, BPR No. 006559
                                                         Attorney for Debtor(s)
                                                         222 West Baltimore St., Suite B
                                                         Jackson, Tennessee  38301
                                                         (731) 421-1501
                                                         bankruptcy@ringgerlaw.com

### Certificate of Service

The undersigned hereby certify that a true and exact copy of the foregoing was served on the entities listed below electronically or by U.S. mail on May 29, 2020.

                                                         /s/Louis W. Ringger

Document:     Motion to Extend Plan Payments

Serve to:       Debtor
                    Chapter 13 Trustee
                    Matrix